ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 SEP 18 P 12 31

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ANTHONY B. MONTGOMERY, | ) |
| Plaintiff, | ) |
| v. | ) CV 311-112 |
| Warden JOSE MORALES, et al., | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice for failure to exhaust administrative remedies, and this civil action shall be **CLOSED**.

SO ORDERED this 18th day of September, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE